John Kalchbrenner, appellee, v. Julius Weinberg, appellant. Gen. No. 32,217.

filed February 27, 1928.

Michael B. Roderick, for appellant. Butz, Von Ammon & Marx, for appellee.

Mr. Justice McSurely delivered the opinion of the court.